# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| SOUVIRA SIMALAYVONG, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:10-cv-00203-RLV |
| | ) | 5:06CR63-1-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2013 Order.

July 30, 2013

Frank G. Johns, Clerk
United States District Court